No. 11–10183.  LEONARD v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 11–10187.  SMITH v. MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–10230.  THOMAS v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 11–10239.  LYONS v. COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 11–10254.  HALBERT v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 11–10256.  ESPINOZA v. VIRGA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–10269.  RODRIGUEZ v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 11–10302.  LOGGINS v. HANNIGAN ET AL.  C. A. 10th Cir. Certiorari denied.

No. 11–10336.  FRAZIER v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 11–10339.  WEBSTER v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 11–10341.  NEVAREZ IBARRA v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 11–10342.  PRATER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–10345.  LARSEN v. UNITED STATES; and
No. 11–10346.  STONE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 461 Fed. Appx. 461.

No. 11–10395.  HODGE v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.